**STERN & KILCULLEN, LLC**
Jeffrey Speiser, Esq.
Andrew S. Bosin, Esq.
Michael Dinger, Esq.
75 Livingston Avenue
Roseland, New Jersey 07068
(973) 535-1900

**STARNES & ATCHISON LLP**
Walter William Bates, Esq. (*pro hac vice*)
Jay M. Ezelle, Esq. (*pro hac vice*)
100 Brookwood Place
P.O. Box 598512
Birmingham, Alabama 35209
(205) 868-6000

Attorneys for defendants ProAssurance Corporation,
ProAssurance Casualty Company, and ProAssurance
Indemnity Company, Inc.

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| EMERGENCY PHYSICIANS OF ST. CLARE'S, LLC, MERCER BUCKS ORTHOPEDICS, PC, and PASCACK EMERGENCY SERVICES,<br><br>On behalf of themselves and all others similarly situated,<br><br>   Plaintiffs,<br>v.<br><br>PROASSURANCE CORPORATION, PROASSURANCE CASUALTY COMPANY, and PROASSURANCE INDEMNITY COMPANY, INC.,<br><br>   Defendants. | Civil Action No. 09-cv-6244-WJM-MF<br><br>**NOTICE OF MOTION**<br><br>**Motion Date: March 15, 2010**<br>**Oral Argument Requested**<br><br>**[Filed Electronically]** |

TO:   Eric S. Poe, Esq.
      214 Carnegie Center Blvd., Suite 301
      Princeton, New Jersey 08540
      Attorneys for Plaintiffs

**PLEASE TAKE NOTICE** that on March 15, 2010, at 9:00 am, or as soon thereafter as counsel may be heard, the undersigned, attorneys for defendants ProAssurance Corporation, ProAssurance Casualty Company, and ProAssurance Indemnity Company, Inc. will move before the Court, at the M. L. King, Jr. Federal Building & Courthouse, 50 Walnut Street, Newark, New Jersey, for an order compelling arbitration or, in the alternative dismissing the Complaint. Defendants shall rely upon the accompanying Brief and Declaration of Michael Dinger. Oral argument is requested.

Dated: February 18, 2010            Respectfully submitted,

                                          **STERN & KILCULLEN, LLC**
                                        75 Livingston Avenue
                                        Roseland, New Jersey 07068
                                        Telephone: 973-535-1900

                                        By: <u>/s/ Michael Dinger</u>
                                               Jeffrey Speiser
                                               Andrew S. Bosin
                                               Michael Dinger

                                        <u>**OF COUNSEL:**</u>

                                        Walter William Bates (*pro hac vice*)
                                        Jay M. Ezelle (*pro hac vice*)
                                        **STARNES & ATCHISON LLP**
                                        Seventh Floor, 100 Brookwood Place
                                        P.O. Box 598512
                                        Birmingham, Alabama 35209
                                        (205) 868-6000

                                        *Attorneys for defendants ProAssurance Corporation, ProAssurance Casualty Company, and ProAssurance Indemnity Company, Inc.*