# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| EMERGENCY PHYSICIANS OF ST. CLARE'S, LLC, MERCER BUCKS ORTHOPEDICS, PC, and PASCACK EMERGENCY SERVICES,<br><br>On behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br>v.<br><br>PROASSURANCE CORPORATION, PROASSURANCE CASUALTY COMPANY, and PROASSURANCE INDEMNITY COMPANY, INC.,<br><br>    Defendants. | Civil Action No. 09-cv-6244-WJM-MF<br><br>**[PROPOSED] ORDER** |

  **THIS MATTER** having being brought before the Court by defendants ProAssurance Corporation, ProAssurance Casualty Company, and ProAssurance Indemnity Company, Inc. for an Order pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) compelling arbitration or, in the alternative dismissing the Complaint, and the Court having reviewed the written submissions of counsel for the parties, and having heard the arguments of counsel, and for good cause shown,

  **IT IS ORDERED** on this _____ day of _____, 2010, that:

  1. Defendants' motion is granted; and

  2. the Complaint against Defendants ProAssurance Corporation, ProAssurance Casualty Company, and ProAssurance Indemnity Company, Inc. is dismissed.

               _____
               The Honorable William J. Martini
               United States District Judge