**STERN & KILCULLEN, LLC**
Jeffrey Speiser, Esq.
Andrew S. Bosin, Esq.
Michael Dinger, Esq.
75 Livingston Avenue
Roseland, New Jersey 07068
(973) 535-1900

**STARNES & ATCHISON LLP**
Walter William Bates, Esq. (*pro hac vice*)
Jay M. Ezelle, Esq. (*pro hac vice*)
100 Brookwood Place
P.O. Box 598512
Birmingham, Alabama 35209
(205) 868-6000

Attorneys for defendants ProAssurance Corporation,
ProAssurance Casualty Company, and ProAssurance
Indemnity Company, Inc.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| EMERGENCY PHYSICIANS OF ST. CLARE'S, LLC, MERCER BUCKS ORTHOPEDICS, PC, and PASCACK EMERGENCY SERVICES,<br><br>On behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br>v.<br><br>PROASSURANCE CORPORATION, PROASSURANCE CASUALTY COMPANY, and PROASSURANCE INDEMNITY COMPANY, INC.,<br><br>        Defendants. | Civil Action No. 09-cv-6244-WJM-MF<br><br>**CERTIFICATION OF SERVICE**<br><br>**Motion Date: March 15, 2010**<br>**Oral Argument Requested**<br><br><br>**[Filed Electronically]** |

Michael Dinger, of full age, does hereby certify and declare as follows:

1.    I am an associate of the firm of Stern & Kilcullen, LLC and counsel to defendants ProAssurance Corporation, ProAssurance Casualty Company, and ProAssurance Indemnity Company, Inc.

2.    I hereby certify that on February 18, 2010, I caused copies of the Notice of Motion, Brief, Declaration of Michael Dinger, a proposed form of Order and this Certification of Service to be served via electronic filing on the Clerk of the Court and on all counsel of record.

3.    I hereby certify that on February 18, 2010, I caused one set of copies of the above documents to be served via federal express on counsel for plaintiffs.

4.    I hereby certify that on February 18, 2010, I caused one set of courtesy copies of the above documents to be delivered via federal express to the Honorable William J. Martini, U.S.D.J.

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.


Dated: February 18, 2010

STERN & KILCULLEN, LLC
75 Livingston Avenue
Roseland, New Jersey 07068
Telephone: 973-535-1900

By: /s/ Michael Dinger
        Michael Dinger

2