UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| EMERGENCY PHYSICIANS OF ST. CLARE'S, LLC; MERCER BUCKS ORTHOPEDICS, PC; AND PASCACK EMERGENCY SERVICES,<br><br>On behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>PROASSURANCE CORPORATION; PROASSURANCE CASUALTY COMPANY; AND PROASSURANCE INDEMNITY COMPANY, INC.,<br><br>Defendants. | Civil Action No.: 09-6244-WJM)-MF<br><br>[Filed Electronically] |

### ORDER GRANTING PLAINTIFFS' (WITH CONSENT) APPLICATION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO COMPEL ARBITRATION OR, IN THE ALTERNATIVE, DISMISS THE COMPLAINT

NOW, upon Plaintiffs' Application (with Consent) for Extension of Time to Respond to Defendants' Motion to Compel or, in the Alternative, Dismiss the Complaint, Plaintiffs' application is granted and Plaintiffs shall respond to Defendants' Motion to Compel Arbitration, or in the Alternative, Dismiss the Complaint on or before March 15, 2010.

The new motion date for said motion is [March 29, 2010] [April 5, 2010].

IT IS SO ORDERED:

Dated: March 1, 2010

_____
Honorable William J. Martini,
United States District Judge