# EXHIBIT B



# Best's State Rate Filings

United States | Asia Pacific | Canada | Europe

About | Contact | Sitemap

View Ratings: Monthly Rate Filing Reports / Available State List / Advanced Search

State Rate Filings Home

Criteria: State: NJ
Save Criteria   Program Name: Medical Malpractice
Effective Date between: 2004-JAN-01 and 2006-JAN-01
Company Name contains: PRO and ASSURANCE

Print or Export
Export To Excel

Page 1 of 1          3 records found - sorted by Effective Date (descending)

| State | Major Line | Subject | Group Name / Company Name(s) (click for rating) | Effective Date | Overall Effect | Mkt Share | Rank |
|---|---|---|---|---|---|---|---|
| NJ | C  General Liability | Rate/Rule Revision | ProAssurance Group | 01/01/2006 | +16.2 % | | |
| | | | ProAssurance Casualty Company | | | 0.40 % | Other Liab & Prod Liab & Medical |
| | | | | | | 0.21 % | 94 |

Filing Number: 05-1966

Revised base rates and rules for Physicians, Surgeons and Dentists Prof. Liab. Program.
Program Name: Medical Malpractice

» About Mkt Share Rank

| NJ | C  General Liability | Rate/Rule Revision | ProAssurance Group | 04/01/2005 | | | |
|---|---|---|---|---|---|---|---|
| | | | ProAssurance Casualty Company | | | 0.40 % | Other Liab & Prod Liab & Medical |
| | | | | | | 0.21 % | 94 |

Filing Number: 05-0874

Filed various revised rules for Physicians, Dentists, Podiatrists and Allied Healthcare Providers Prof. Liab. Programs.
Program Name: Medical Malpractice

| NJ | C  General Liability | Rate/Rule Revision | ProAssurance Group | 01/01/2005 | +15 % | | |
|---|---|---|---|---|---|---|---|
| | | | ProAssurance Casualty Company | | | 0.40 % | Other Liab & Prod Liab & Medical |
| | | | | | | 0.21 % | 94 |

Filing Number: 04-2136

Revised rates and rules for Physicians and Surgeons and Dentists Prof. Liab. Programs. Rate effects: Base Rates:+13.8%; Class Plan:+12%.
Program Name: Medical Malpractice

Page 1 of 1          3 records found - sorted by Effective Date (descending)

Save Criteria

Customer Service | Product Support | Member Center | Contact Info | Careers
About A.M. Best | Site Map | Privacy Policy | Security | Terms of Use | Legal & Licensing

Copyright © 2010 A.M. Best Company, Inc. ALL RIGHTS RESERVED.