# EXHIBIT C





ProNational Insurance Company

205/877-4400
800/282-6242
Fax 205/802-4799
www.ProNational.com

November 17, 2004

Ms. Carmen M. Williams
Insurance Analyst
New Jersey Division of Insurance
20 West State Street
Trenton, NJ 08625-0325

      RE:  ProNational Insurance Company
            FEIN 38-2317569
            Physicians, Surgeons, Dentists, Podiatrists, Allied Health Professionals,
            Groups and Health Care Facilities
            Rates Filing

Dear Ms. Williams:

Thank you and Bob Spitzer for speaking with us today regarding the captioned rate filing. Please accept this letter that we have agreed to revise our rates from the requested 20.2% rate increase to 15%. Accordingly, please find enclosed the final rate pages that reflect the rate revisions.

Please continue your review of this filing. I look forward to receiving official approval. Meanwhile, if you have any questions regarding this filing, please contact me at (800) 282-6242, ext. 4426, or e-mail me at lgoodwin@proassurance.com.

Sincerely,

LaQuita B. Goodwin
Compliance Specialist

Enclosures

100 Brookwood Place, Suite 500, Birmingham, AL 35209  •  P.O. Box 590009, Birmingham, AL 35259-0009

B. Physicians and Surgeons Professional Liability Rates

042136 010105

1. Claims-Made Rates by Year

| Class Code | $500,000 / $1,000,000 | | | | |
|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5+ |
| 1 | 3,465 | 5,011 | 6,769 | 7,261 | 7,823 |
| 2 | 4,800 | 7,120 | 9,756 | 10,494 | 11,337 |
| 3 | 6,136 | 9,229 | 12,743 | 13,727 | 14,852 |
| 4 | 7,471 | 11,337 | 15,730 | 16,960 | 18,366 |
| 5 | 8,807 | 13,446 | 18,718 | 20,194 | 21,881 |
| 6 | 10,410 | 15,976 | 22,302 | 24,074 | 26,098 |
| 7 | 11,478 | 17,663 | 24,692 | 26,660 | 28,910 |
| 8 | 14,149 | 21,881 | 30,667 | 33,127 | 35,939 |
| 9 | 16,820 | 26,098 | 36,642 | 39,594 | 42,968 |
| 10 | 19,491 | 30,315 | 42,616 | 46,060 | 49,997 |
| 11 | 22,162 | 34,533 | 48,591 | 52,527 | 57,026 |
| 12 | 24,833 | 38,750 | 54,565 | 58,994 | 64,054 |
| 13 | 27,504 | 42,968 | 60,540 | 65,460 | 71,083 |
| 14 | 33,914 | 53,089 | 74,879 | 80,980 | 87,953 |
| 15 | 38,188 | 59,837 | 84,438 | 91,327 | 99,199 |

1. Claims-Made Rates by Year (cont.)

| Class Code | $1,000,000 / $3,000,000 | | | | |
|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5÷ |
| 1 | 3,970 | 5,809 | 7,898 | 8,483 | 9,152 |
| 2 | 5,558 | 8,316 | 11,450 | 12,328 | 13,331 |
| 3 | 7,146 | 10,823 | 15,002 | 16,172 | 17,510 |
| 4 | 8,734 | 13,331 | 18,554 | 20,017 | 21,689 |
| 5 | 10,322 | 15,838 | 22,106 | 23,862 | 25,867 |
| 6 | 12,227 | 18,847 | 26,369 | 28,475 | 30,882 |
| 7 | 13,498 | 20,853 | 29,211 | 31,551 | 34,225 |
| 8 | 16,674 | 25,867 | 36,315 | 39,240 | 42,583 |
| 9 | 19,850 | 30,882 | 43,419 | 46,929 | 50,941 |
| 10 | 23,026 | 35,897 | 50,523 | 54,618 | 59,299 |
| 11 | 26,202 | 40,912 | 57,627 | 62,308 | 67,657 |
| 12 | 29,378 | 45,926 | 64,731 | 69,997 | 76,015 |
| 13 | 32,554 | 50,941 | 71,836 | 77,686 | 84,372 |
| 14 | 40,176 | 62,976 | 88,886 | 96,140 | 104,431 |
| 15 | 45,258 | 71,000 | 100,252 | 108,443 | 117,804 |

042136 010105

2. Reporting Endorsement Rates by Year

| Class Code | $500,000 / $1,000,000 | | | | |
|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5+ |
| 1 | 5,633 | 9,544 | 11,500 | 12,908 | 13,690 |
| 2 | 8,163 | 13,831 | 16,665 | 18,706 | 19,840 |
| 3 | 10,693 | 18,119 | 21,832 | 24,506 | 25,991 |
| 4 | 13,224 | 22,407 | 26,998 | 30,304 | 32,141 |
| 5 | 15,754 | 26,695 | 32,165 | 36,104 | 38,292 |
| 6 | 18,791 | 31,840 | 38,364 | 43,062 | 45,672 |
| 7 | 20,815 | 35,270 | 42,498 | 47,702 | 50,593 |
| 8 | 25,876 | 43,846 | 52,830 | 59,299 | 62,893 |
| 9 | 30,937 | 52,421 | 63,163 | 70,897 | 75,194 |
| 10 | 35,998 | 60,996 | 73,496 | 82,495 | 87,495 |
| 11 | 41,059 | 69,572 | 83,828 | 94,093 | 99,796 |
| 12 | 46,119 | 78,146 | 94,159 | 105,689 | 112,095 |
| 13 | 51,180 | 86,721 | 104,492 | 117,287 | 124,395 |
| 14 | 63,326 | 107,303 | 129,291 | 145,122 | 153,918 |
| 15 | 71,423 | 121,023 | 145,823 | 163,678 | 173,598 |

Reporting Endorsement Rates by Year

2. Reporting Endorsement Rates by Year (cont.)

| Class Code | $1,000,000 / $3,000,000 | | | | |
|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5+ |
| 1 | 6,589 | 11,165 | 13,453 | 15,101 | 16,016 |
| 2 | 9,598 | 16,264 | 19,597 | 21,996 | 23,329 |
| 3 | 12,607 | 21,362 | 25,740 | 28,892 | 30,643 |
| 4 | 15,616 | 26,461 | 31,883 | 35,787 | 37,956 |
| 5 | 18,624 | 31,558 | 38,024 | 42,681 | 45,267 |
| 6 | 22,235 | 37,676 | 45,397 | 50,955 | 54,044 |
| 7 | 24,642 | 41,755 | 50,311 | 56,471 | 59,894 |
| 8 | 30,660 | 51,951 | 62,597 | 70,262 | 74,520 |
| 9 | 36,678 | 62,148 | 74,883 | 84,053 | 89,147 |
| 10 | 42,695 | 72,345 | 87,170 | 97,843 | 103,773 |
| 11 | 48,713 | 82,542 | 99,456 | 111,634 | 118,400 |
| 12 | 54,731 | 92,738 | 111,742 | 125,425 | 133,026 |
| 13 | 60,748 | 102,934 | 124,027 | 139,214 | 147,651 |
| 14 | 75,190 | 127,406 | 153,514 | 172,311 | 182,754 |
| 15 | 84,819 | 143,721 | 173,172 | 194,377 | 206,157 |

2. Reporting Endorsement Rates by Year (cont.)

EXHIBIT A

# NEW JERSEY DEPARTMENT OF BANKING AND INSURANCE
## OFFICE OF PROPERTY/CASUALTY
## FILING SOURCE DOCUMENT
## PERSONAL / COMMERCIAL LINES

**FOR DEPARTMENT USE ONLY**

FILE NO: 04-2136
ANALYST: cmw
DATE RECEIVED: 10.27.04
LETTER DATE: 10.27.04
CODE: 04

TYPE OR PRINT THE FOLLOWING INFORMATION

1. MARKET: (Choose One)   Commercial [✓]   Personal [ ]

2. TYPE OF FILING: (Check All Applicable Boxes)   Rate [✓]   Rule [✓]   Form [ ]   Other [ ]
   Plain Language Certification [ ]

3. PROPOSED EFFECTIVE DATE: NEW BUSINESS  01/01/2005
   RENEWALS  01/31/2005

4. COMPANY NAME

| Company Name | GROUP # | NAIC # |
|---|---|---|
| ProNational Insurance Company | 2698 | 38954 |

| 5. LINE | 6. SUBLINE | 7. PROGRAM NAME | DEPARTMENT USE ONLY CODE |
|---|---|---|---|
| Medical Malpractice | | Physicians, Surgeons, Dentists, Podiatrists, Allied Health Professionals, Group and Health Care Facilities | 119 |

**FOR BUREAU USE ONLY**

8. BUREAU DESIGNATION #:

PAGE 1 of 2

MARS001 4/01

NEW JERSEY DEPARTMENT OF BANKING AND INSURANCE
OFFICE OF PROPERTY/CASUALTY
FILING SOURCE DOCUMENT

9. Does this filing contain any provisions previously disapproved by the New Jersey Insurance Department?    Yes ☐    No ☑

   If yes, provide the New Jersey Department File # _____

10. Does this filing change Rates, Rules or Forms currently approved and on file with the New Jersey Insurance Department?    Yes ☑    No ☐

    If yes, provide the following: New Jersey Department File # ___03-2787___
    Effective Date  ___1/1/2004___

11. Is this filing identical to another submission filed for use in New Jersey by another carrier?    Yes ☐    No ☑

    If yes, provide the following: New Jersey Department File # _____
    Company Name _____

12. Enter applicable Annual Statement Statutory Page 14 line of business number(s) for the line of insurance being filed.    Line No. ___11___

13. Does this filing have an impact on rates charged to insureds?    Yes ☑    No ☐

    If yes, provide the following: Overall Percentage Change     20.2%
    Dollar Impact                                $1,085,786
    Number of exposures affected by change        571
    How measured (# of drivers, policies, etc.)   policies
    Range of increase/decrease per insured        -10.2 % smallest & 63.1 largest
    Current and Proposed Statewide Average Premium  $33,460 current &
    (For Homeowners show separately for owner and tenant forms) $40,231 proposed

**AFFIDAVIT OF COMPLIANCE**

The attached filing, to the best of my knowledge and belief, fully conforms to all pertinent State of New Jersey laws, and New Jersey Department of Banking and Insurance rules and requirements. The attached filing, to the best of my knowledge and belief, contains no provisions previously disapproved by the New Jersey Department of Banking and Insurance or its predecessors, except as specifically noted above.

Name (Please Print) : LaQuita B. Goodwin

Signature _(signed)_

Title : Compliance Specialist

Phone # : (205) 877-4426

Fax # : (205) 414-2887

E-Mail Address : lgoodwin@proassurance.com

PAGE 2 of 2                                                    MARS001 4/01

ProNational Insurance Company

Physicians and Surgeons Professional Liability
Rates Effective January 1, 2005

New Jersey

| Component | Change |
|---|---|
| Base Rate | 13.8% |
| Class Plan | 1.2% |
| Total | 15.0% |

Exhibit 9

## ProNational Insurance Company

### Physicians and Surgeons Professional Liability
### Rate Tables – $1,000,000/$3,000,000 Limits

New Jersey

| Class | Claims-Made Coverage Year (a) | | | | | Reporting Endorsement at End of Year (b) | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5+ | 1 | 2 | 3 | 4 | 5+ |
| 1  | 3,970  | 5,809  | 7,898   | 8,483   | 9,152   | 6,589  | 11,165  | 13,453  | 15,101  | 16,016  |
| 2  | 5,558  | 8,316  | 11,450  | 12,328  | 13,331  | 9,598  | 16,264  | 19,597  | 21,996  | 23,329  |
| 3  | 7,146  | 10,823 | 15,002  | 16,172  | 17,510  | 12,607 | 21,362  | 25,740  | 28,892  | 30,643  |
| 4  | 8,734  | 13,331 | 18,554  | 20,017  | 21,689  | 15,616 | 26,461  | 31,883  | 35,787  | 37,956  |
| 5  | 10,322 | 15,838 | 22,106  | 23,862  | 25,867  | 18,624 | 31,558  | 38,024  | 42,681  | 45,267  |
| 6  | 12,227 | 18,847 | 26,369  | 28,475  | 30,882  | 22,235 | 37,676  | 45,397  | 50,955  | 54,044  |
| 7  | 13,498 | 20,853 | 29,211  | 31,551  | 34,225  | 24,642 | 41,755  | 50,311  | 56,471  | 59,894  |
| 8  | 16,674 | 25,867 | 36,315  | 39,240  | 42,583  | 30,660 | 51,951  | 62,597  | 70,262  | 74,520  |
| 9  | 19,850 | 30,882 | 43,419  | 46,929  | 50,941  | 36,678 | 62,148  | 74,883  | 84,053  | 89,147  |
| 10 | 23,026 | 35,897 | 50,523  | 54,618  | 59,299  | 42,695 | 72,345  | 87,170  | 97,843  | 103,773 |
| 11 | 26,202 | 40,912 | 57,627  | 62,306  | 67,657  | 48,713 | 82,542  | 99,456  | 111,634 | 118,400 |
| 12 | 29,378 | 45,926 | 64,731  | 69,997  | 76,015  | 54,731 | 92,738  | 111,742 | 125,425 | 133,026 |
| 13 | 32,554 | 50,941 | 71,836  | 77,686  | 84,372  | 60,748 | 102,934 | 124,027 | 139,214 | 147,651 |
| 14 | 40,176 | 62,976 | 88,886  | 96,140  | 104,431 | 75,190 | 127,406 | 153,514 | 172,311 | 182,754 |
| 15 | 45,256 | 71,000 | 100,252 | 108,443 | 117,804 | 84,819 | 143,721 | 173,172 | 194,377 | 206,157 |

### Rate Tables – $500,000/$1,000,000 Limits

| Class | 1 | 2 | 3 | 4 | 5+ | 1 | 2 | 3 | 4 | 5+ |
|---|---|---|---|---|---|---|---|---|---|---|
| 1  | 3,465  | 5,011  | 6,769  | 7,261  | 7,823  | 5,633  | 9,544   | 11,500  | 12,908  | 13,690  |
| 2  | 4,800  | 7,120  | 9,756  | 10,494 | 11,337 | 8,163  | 13,831  | 16,665  | 18,706  | 19,840  |
| 3  | 6,136  | 9,229  | 12,743 | 13,727 | 14,852 | 10,693 | 18,119  | 21,832  | 24,506  | 25,991  |
| 4  | 7,471  | 11,337 | 15,730 | 16,960 | 18,366 | 13,224 | 22,407  | 26,998  | 30,304  | 32,141  |
| 5  | 8,807  | 13,446 | 18,718 | 20,194 | 21,881 | 15,754 | 26,695  | 32,165  | 36,104  | 38,292  |
| 6  | 10,410 | 15,976 | 22,302 | 24,074 | 26,098 | 18,791 | 31,840  | 38,364  | 43,062  | 45,672  |
| 7  | 11,478 | 17,663 | 24,692 | 26,660 | 28,910 | 20,815 | 35,270  | 42,498  | 47,702  | 50,593  |
| 8  | 14,149 | 21,881 | 30,867 | 33,127 | 35,939 | 25,876 | 43,846  | 52,830  | 59,299  | 62,893  |
| 9  | 16,820 | 26,098 | 36,642 | 39,594 | 42,968 | 30,937 | 52,421  | 63,163  | 70,897  | 75,194  |
| 10 | 19,491 | 30,315 | 42,616 | 46,060 | 49,997 | 35,998 | 60,996  | 73,496  | 82,495  | 87,495  |
| 11 | 22,162 | 34,533 | 48,591 | 52,527 | 57,026 | 41,059 | 69,572  | 83,828  | 94,093  | 99,796  |
| 12 | 24,833 | 38,750 | 54,565 | 58,994 | 64,054 | 46,118 | 78,146  | 94,159  | 105,689 | 112,095 |
| 13 | 27,504 | 42,968 | 60,540 | 65,460 | 71,083 | 51,180 | 86,721  | 104,492 | 117,287 | 124,395 |
| 14 | 33,914 | 53,089 | 74,879 | 80,980 | 87,953 | 63,326 | 107,303 | 129,291 | 145,122 | 153,918 |
| 15 | 38,188 | 59,837 | 84,438 | 91,327 | 99,199 | 71,423 | 121,023 | 145,823 | 163,678 | 173,598 |

Notes: (a) Rates are calculated as:

$$\frac{\{Base\ Pure\ Prem. \times ULAE\ Load \times Class\ Rel. \times Step\ Factor \times ILF\} + Fixed\ Expense}{\{(1.0 - Variable\ Expense\ Load - DD\&R\ Load) \times (1.0 - Premium\ Discount\ Level)\}}$$

The base pure premium for ratemaking purposes is calculated based on the previously effective base rate, adjusted by the selected base rate increase from Exhibit 2. The indicated base rate is then further adjusted by the rate making factors detailed below to derive the indicated base pure premium.

General expenses were adjusted to remove the fixed expense portion of underwriting expenses. Fixed expenses of $475 per policy were selected based on an analysis of company-wide data.

For example, the class 6, $1M/$3M, 3rd year claims-made rate is equal to:

$$\frac{\{\$9,435 \times 1.060 \times 1.600 \times 0.850 \times 1.000\} + \$475}{\{(1.0 - 0.246 - 0.050) \times (1.0 - 0.150)\}}$$

(b) Reporting endorsement rate equals mature claims-made rate times applicable reporting endorsement step factor.



ProNational Insurance Company
205/877-4400
800/282-6242
Fax 205/802-4799
www.ProNational.com

October 27, 2004

Ms. Carmen M. Williams
Insurance Analyst
New Jersey Division of Insurance
20 West State Street
Trenton, NJ 08625-0325

    RE:    ProNational Insurance Company
              FEIN 38-2317569
              Physicians, Surgeons, Dentists, Podiatrists, Allied Health Professionals,
              Groups and Health Care Facilities
              Rates Filing

Dear Ms. Williams:

I submit for your review and approval the rates and rules filing for the captioned program. While we are requesting an effective date of January 1, 2005, in the interest of complying with prior notice to be given to insureds, we would appreciate a response as soon as possible.

The enclosed Filing Memorandum and its exhibits should fully explain the changes being made to the development of the rates. Other changes include:

1. Hospitalist has been added to the Intensive Care Medicine definition on page 7.
2. Urgent Care ISO code has been changed from 80424 to 80424(F) on Page 8.
3. Rating classes 16 and 17 have been deleted and the ISO specialty codes in those classes have been reassigned accordingly. Pages 36 and 57 have been revised to reflect this deletion as well.
4. The per visit rates for the ER and urgent care classes have been revised and is noted on page 60.
5. Page 49 has been revised to include the statement that excess limits are only offered above underlying limits of $1,000,000.

If this filing is acceptable, please return one copy of filing with your stamp of approval in the postage paid envelope that is enclosed for your convenience. If you have any questions regarding this filing, please contact me at (800) 282-6242, ext. 4426, or e-mail me at lgoodwin@proassurance.com.

Sincerely,

LaQuita B. Goodwin
Compliance Specialist

Enclosures

100 Brockwood Place, Suite 500, Birmingham, AL 35209 • P.O. Box 590009, Birmingham, AL 35259-0009

ProNational Insurance Company

Physicians and Surgeons Professional Liability
Rates Effective January 1, 2005
Filing Memorandum
New Jersey

This memorandum and the attached exhibits summarize a revision to physicians and surgeons professional liability rates for ProNational Insurance Company (ProNational), in the state of New Jersey. The overall impact of this filing is a 20.2% increase. The proposed effective date for this filing is January 1, 2005. Due to the small size and the relative immaturity of the current book of business, 571 inforce risks for a program that ProNational began writing in 1999, the rates of competitors are considered in this filing, as well as the actual experience of ProNational in New Jersey.

The following competitors' rates were considered in the development of the ProNational rate:
Princeton Insurance Company, effective May 1, 2004, MIIX Advantage Company of New Jersey, effective December 1, 2003, and ProSelect Insurance Company, effective January 1, 2004.

Changes are being made to the specialty class plan. For details, see Exhibit 5. Also, the rate calculation is being changed to more appropriately account for the loading of Death, Disability, and Retirement. For details of the new calculation, see Exhibit 2.

In addition to these changes, the dentist rates are also being increased by the same base rate change as the physicians and surgeons. At 6/30/2004, ProNational had no inforce dentists, so there will be no impact on the current book of business.

### Exhibit 1 - Calculation of Overall Rate Change Effect
Compares the current and proposed rates for ProNational's distribution of insureds. The proposed average mature rate is 20.2% higher than the current average mature rate.

### Exhibit 2 - Calculation of Indicated Base Rate
Shows the calculation to produce the proposed base rate by applying the appropriate class off-balance factors from Exhibit 5 to the current base rate, and comparing the result to current competitor base rates. Competitor base pure premiums were adjusted to the ProNational class plan based on the off-balance factors calculated in Exhibit 6. Competitor pure premiums were further adjusted to reflect different underlying expense levels and the effect of trend from the most recent filings for each company. These pure premiums were then developed into rates using the ProNational load factors for ULAE, DD&R, variable and fixed expenses, and discount levels. The indicated rate change using this method is 27.2%. This exhibit also considers the ProNational indicated rate change from Exhibit 3 in its final selection, which is equal to 24.2%. The final, credibility weighted, selected base rate change is 23.0%.

### Exhibit 3 - Development of Ultimate Loss and ALAE
Calculates the loss experience for ProNational for the state of New Jersey and selects an indicated change to apply to the base class pure premium. It also shows the loss development assumptions that underlie the projected loss ratio used in calculating the indicated change. Loss and ALAE underlying the rate indications are valued as of June 30, 2004.

### Exhibit 4 - Adjustment of Premium From Collected to On-Level Manual Basis
Adjusts collected earned premiums to a on-level premium (before premium credits/debits) basis at current rate.

### Exhibit 5 - Calculation of Class Plan Off-Balance Factor
This exhibit calculates the adjustments that are applied to the base rate to account for the differences between the proposed and current class plans, utilizing the distribution of ProNational insureds in New Jersey.

### Exhibit 6 - Calculation of Class Plan Off-Balance Factor
These exhibits calculate the adjustment that is applied to the current rates to account for differences between ProNational's class plan and those of its competitors.

### Exhibit 7 - Profit and Contingencies Load
Calculates a profit provision, net of investment income based on estimated earnings as a percent of earned premiums and the required return from insurance operations.

### Exhibit 8 - Calculation of ULAE Load
Shows the selected ULAE load, based on countrywide historical experience for the ProAssurance group of companies.

### Exhibit 9 - Rate Tables
Rates are shown by class, policy limit, and claims-made year for claims-made coverage and for reporting endorsement coverage.

### Exhibit 10 - Dentists Rate Tables
Rates are shown by class, policy limit, and claims-made year for claims-made coverage and for reporting endorsement coverage.

Exhibit 9

## ProNational Insurance Company

Physicians and Surgeons Professional Liability
Rate Tables - $1,000,000/$3,000,000 Limits

New Jersey

| Class | Claims-Made Coverage Year (a) | | | | | Reporting Endorsement at End of Year (b) | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5+ | 1 | 2 | 3 | 4 | 5+ |
| 1 | 4,118 | 6,042 | 8,229 | 8,841 | 9,541 | 6,870 | 11,640 | 14,025 | 15,743 | 16,697 |
| 2 | 5,780 | 8,666 | 11,846 | 12,864 | 13,914 | 10,018 | 16,975 | 20,454 | 22,958 | 24,350 |
| 3 | 7,441 | 11,290 | 15,663 | 16,888 | 18,287 | 13,167 | 22,310 | 26,882 | 30,174 | 32,002 |
| 4 | 9,103 | 13,914 | 19,381 | 20,911 | 22,661 | 16,316 | 27,646 | 33,312 | 37,391 | 39,657 |
| 5 | 10,765 | 16,538 | 23,098 | 24,935 | 27,034 | 19,464 | 32,981 | 39,740 | 44,606 | 47,310 |
| 6 | 12,759 | 19,687 | 27,559 | 29,763 | 32,282 | 23,243 | 39,384 | 47,455 | 53,265 | 56,494 |
| 7 | 14,089 | 21,786 | 30,533 | 32,982 | 35,781 | 25,762 | 43,653 | 52,598 | 59,039 | 62,617 |
| 8 | 17,413 | 27,034 | 37,968 | 41,029 | 44,528 | 32,060 | 54,324 | 65,456 | 73,471 | 77,924 |
| 9 | 20,736 | 32,282 | 45,402 | 49,076 | 53,274 | 38,357 | 64,994 | 78,313 | 87,902 | 93,230 |
| 10 | 24,060 | 37,530 | 52,837 | 57,123 | 62,021 | 44,655 | 75,666 | 91,171 | 102,335 | 108,537 |
| 11 | 27,384 | 42,778 | 60,272 | 65,170 | 70,768 | 50,953 | 86,337 | 104,029 | 116,767 | 123,844 |
| 12 | 30,708 | 48,026 | 67,706 | 73,217 | 79,514 | 57,250 | 97,007 | 116,886 | 131,198 | 139,150 |
| 13 | 34,031 | 53,274 | 75,141 | 81,264 | 88,261 | 63,548 | 107,678 | 129,744 | 145,631 | 154,457 |
| 14 | 42,008 | 65,870 | 92,984 | 100,577 | 109,253 | 78,662 | 133,289 | 160,602 | 180,267 | 191,193 |
| 15 | 47,327 | 74,266 | 104,880 | 113,452 | 123,248 | 88,739 | 150,363 | 181,175 | 203,359 | 215,684 |

Rate Tables - $500,000/$1,000,000 Limits

| Class | 1 | 2 | 3 | 4 | 5+ | 1 | 2 | 3 | 4 | 5+ |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 3,589 | 5,208 | 7,047 | 7,561 | 8,150 | 5,868 | 9,943 | 11,981 | 13,448 | 14,263 |
| 2 | 4,987 | 7,414 | 10,173 | 10,945 | 11,828 | 8,516 | 14,430 | 17,387 | 19,516 | 20,699 |
| 3 | 6,384 | 9,621 | 13,299 | 14,329 | 15,506 | 11,164 | 18,917 | 22,794 | 25,585 | 27,136 |
| 4 | 7,782 | 11,828 | 16,425 | 17,713 | 19,184 | 13,812 | 23,404 | 28,200 | 31,654 | 33,572 |
| 5 | 9,180 | 14,035 | 19,552 | 21,096 | 22,862 | 16,461 | 27,892 | 33,607 | 37,722 | 40,009 |
| 6 | 10,857 | 16,683 | 23,303 | 25,157 | 27,276 | 19,639 | 33,277 | 43,096 | 45,005 | 47,733 |
| 7 | 11,975 | 18,448 | 25,804 | 27,864 | 30,218 | 21,757 | 36,866 | 44,420 | 49,860 | 52,882 |
| 8 | 14,770 | 22,862 | 32,057 | 34,632 | 37,574 | 27,053 | 45,840 | 55,234 | 61,997 | 65,755 |
| 9 | 17,566 | 27,276 | 38,309 | 41,399 | 44,930 | 32,350 | 54,815 | 66,047 | 74,135 | 78,628 |
| 10 | 20,361 | 31,689 | 44,562 | 48,167 | 52,286 | 37,646 | 63,789 | 76,860 | 86,272 | 91,501 |
| 11 | 23,156 | 36,103 | 50,815 | 54,934 | 59,642 | 42,942 | 72,763 | 87,674 | 98,409 | 104,374 |
| 12 | 25,951 | 40,516 | 57,067 | 61,702 | 66,998 | 48,239 | 81,738 | 98,487 | 110,547 | 117,247 |
| 13 | 28,747 | 44,930 | 63,320 | 68,469 | 74,354 | 53,535 | 90,712 | 109,300 | 122,684 | 130,120 |
| 14 | 35,455 | 55,523 | 78,326 | 84,711 | 92,006 | 66,246 | 112,260 | 135,252 | 151,813 | 161,014 |
| 15 | 39,928 | 62,584 | 88,330 | 95,539 | 103,778 | 74,720 | 126,609 | 152,554 | 171,234 | 181,612 |

Notes: (a) Rates are calculated as:

$$\frac{\{Base\ Pure\ Prem.\ x\ ULAE\ Load\ x\ Class\ Rel.\ x\ Step\ Factor\ x\ ILF\} + Fixed\ Expense}{\{(1.0 - Variable\ Expense\ Load - DD\&R\ Load) \times (1.0 - Premium\ Discount\ Level)\}}$$

The base pure premium for ratemaking purposes is calculated based on the previously effective base rate, adjusted by the selected base rate increase from Exhibit 2. The indicated base rate is then further adjusted by the rate making factors detailed below to derive the indicated base pure premium.

General expenses were adjusted to remove the fixed expense portion of underwriting expenses. Fixed expenses of $475 per policy were selected based on an analysis of company-wide data.

For example, the class 6, $1M/$3M, 3rd year claims-made rate is equal to:

$$\frac{\{59,874 \times 1.060 \times 1.800 \times 0.850 \times 1.000\} - \$475}{\{(1.0 - 0.246 - 0.050) \times (1.0 - 0.150)\}}$$

(b) Reporting endorsement rate equals mature claims-made rate times applicable reporting endorsement step factor.