# EXHIBIT H

# HEALTH CARE PROFESSIONAL LIABILITY POLICY
## REPORTING ENDORSEMENT — INSURED ORGANIZATION(S) ONLY

**POLICYHOLDER:** Mercer-Bucks Orthopaedics PC

**ENDORSEMENT EFFECTIVE DATE:** 12/31/2003

**POLICY NUMBER:** MP41275

**TERMINATION DATE:** 12/31/2003

This endorsement amends the Professional Liability Coverage Part of the **policy**.

In consideration of an additional premium of $ 63,534.00, the **insured organization(s)** named below shall be covered, under the terms and conditions of the **policy**, because of any **professional incident** that occurred on or after the **retroactive date** applicable to each **insured organization** and prior to the above-stated Termination Date, but which is first **reported** after such Termination Date.

Our limits of liability resulting from **professional incidents** first **reported** after such Termination Date are as stated below. The limit of liability stated for each **insured organization** as "Each Professional Incident" is the total of **our** liability to such **insured organization** resulting from any one **professional incident** which is first **reported** after the Termination Date. The limit of liability stated for each **insured organization** as "Aggregate" is the total of **our** liability to such **insured organization** resulting from all **professional incidents** that are first **reported** after the Termination Date.

If Additional Limits of Liability are shown below, such Additional Limits of Liability shall apply only (1) to **professional incidents** that occur after the Additional Coverage Retroactive Date shown below for each **insured organization** and (2) after exhaustion of the Primary Limits of Liability applicable to such **insured organization**.

Except for nonpayment of premium and acts by an **insured** which render the **policy** terminable by us or void, the **policy** may not be cancelled by us.

### INSURED ORGANIZATION(S)

| Name | Retroactive Date | Primary Limits of Liability Each Professional Incident | Aggregate |
|---|---|---|---|
| Mercer-Bucks Orthopaedics PC | 1/1/1999 | $1,000,000.00 | $3,000,000.00 |