## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 29, 2010, a true and correct copy of **Plaintiffs' Amended Brief in Opposition to Defendants' Motion to Compel Arbitration or, in the Alternative Dismiss the Complaint** has been duly served on the following counsel for Defendants, via the electronic filing system.

**STERN & KILCULLEN, LLC**
Andrew S. Bosin
Michael Dinger
75 Livingston Avenue
Roseland, New Jersey 07068

**STARNES & ATCHISON LLP**
Walter William Bates (*pro hac vice*)
Jay M. Ezelle (*pro hac vice*)
Seventh Floor, 100 Brookwood Place
P.O. Box 598512
Birmingham, Alabama 35209

                                                /s/ Eric Poe
                                                    Eric Poe