# Eric S. Poe
ATTORNEY AT LAW

**214 CARNEGIE CENTER BLVD.**
**SUITE 301**
**PRINCETON, NEW JERSEY 08540**

_____

'Admitted *NJ*
Certified Public Accountant in MD

Telephone (609) 520-3067
Telefax (866) 847-6999
email: epoe@epoelaw.com

March 29, 2010

**Via ECF System and U.S. Mail**
The Honorable William J. Martini, United States District Judge
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

**Re:   Emergency Physicians of St. Clare's, LLC, et al. v. ProAssurance Corporation, et al.
        Docket No. 09-cv-6244**

Dear Judge Martini:

  We represent plaintiffs, Emergency Physicians of St. Clare's LLC, Mercer Bucks Orthopedics, PC and Pascack Emergency Services. On March 22, 2010, plaintiffs filed their opposition to defendants' motion to compel arbitration or, in the alternative dismiss the complaint. Plaintiffs' counsel have since discovered typographical and pagination errors in plaintiffs' opposition brief. Plaintiffs' counsel has requested, and defendants' counsel has agreed, to allow plaintiffs' counsel to file a corrected or amended brief. The amended brief does not include any substantive changes. Please find the amended brief attached.

              Respectfully submitted,

              /s/ Eric Poe

              Eric Poe, Esq.

Enclosure

Cc: w/enc. via ECF System: Michael Dinger (counsel for defendants)