# EXHIBIT B

# Best's State Rate Filings

**Criteria:** State: NJ
Program Name: Medical Malpractice
Effective Date between: 2004-01-01 and 2006-01-01
Company Name contains: PRO and ASSURANCE

Save Criteria

### Page 1 of 1
3 records found - sorted by Effective Date (descending)

About Mkt Share Rank

| State | Major Line | Subject | Group Name / Company Name(s) (click for rating) | Effective Date | Overall Effect | Mkt Share | Rank |
|---|---|---|---|---|---|---|---|
| NJ | General Liability | Rate/Rule Revision | ProAssurance Group / ProAssurance Casualty Compan. | 01/01/2006 | +16.2% | 0.46% 0.21% | Other Liab & Prod Liab & Medical | 94 |

Filing Number: 05-1966
Filed various revised rules for Physicians and Surgeons, Dentists, Podiatrists and Allied Healthcare Providers Prof Liab Programs.
Program Name: Medical Malpractice

| NJ | General Liability | Rate/Rule Revision | ProAssurance Group / ProAssurance Casualty Compan. | 04/01/2005 | | 0.46% 0.21% | Other Liab & Prod Liab & Medical | 94 |

Filing Number: 05-0074
Revised base rates and rules for Physicians, Surgeons and Dentists Prof Liab Program.
Program Name: Medical Malpractice

| NJ | General Liability | Rate/Rule Revision | ProAssurance Group / ProAssurance Casualty Compan. | 01/01/2005 | +15% | 0.46% 0.21% | Other Liab & Prod Liab & Medical | 94 |

Filing Number: 04-2135
Revised rates and rules for Physicians and Surgeons and Dentists Prof Liab Programs. Rate effects: Base Rates +19.8%, Class Plan +12%
Program Name: Medical Malpractice

### Page 1 of 1
3 records found - sorted by Effective Date (descending)

Save Criteria