# ERIC S. POE

ATTORNEY AT LAW
214 CARNEGIE CENTER, SUITE 301
PRINCETON, NEW JERSEY 08540

\* Admitted N.J.
Certified Public Accountant in Md.

Telephone (609) 520-3067
Telefax (866) 847-6999

email: epoe@epoelaw.com

July 29, 2010

**VIA Electronic Filing**
The Honorable William J. Martini
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

**RE: Docket # 2:09-cv-06244-WJM-MF, Affidavit of Dr. Rohan Somar**

Dear Judge Martini:

We represent the Plaintiff with regard to Docket # 2:09-cv-06244-WJM-MF.

Attached please find a copy of an Affidavit from Dr. Rohan Somar with regard to the aforementioned case.

Respectfully Submitted,

*[signature]*

Eric S. Poe, Esq.

Enclosure

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| EMERGENCY PHYSICIANS OF ST. CLARE'S, LLC; MERCER BUCKS ORTHOPEDICS, PC; AND PASCACK EMERGENCY SERVICES,<br><br>On behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PROASSURANCE CORPORATION; PROASSURANCE CASUALTY COMPANY; AND PROASSURANCE INDEMNITY COMPANY, INC.,<br><br>Defendants. | Civil Action No. 09-cv-6244-WJM-MF<br><br>**AFFIDAVIT OF ROHAN SOMAR, M.D.**<br><br>*(Document electronically filed)* |

## AFFIDAVIT OF ROHAN SOMAR, M.D.

I, Rohan Somar, M.D., declare under the penalty of perjury as follows:

1. I am the current President, CEO and managing director of Plaintiff Emergency Physicians of St. Clare's, LLC (hereafter "EPSC").

2. I have been the President, CEO and managing director of Plaintiff EPSC since _May, 2002_

3. Plaintiff EPSC is a limited liability corporation incorporated under the laws of the State of New Jersey with its principal place of business in the State of New Jersey.

4. On the date this case was filed, December 9, 2009, Plaintiff EPSC had eleven (11) shareholders, all of whom were citizens of the State of New Jersey.

5. Shareholders have varied over time but no shareholder has ever been a citizen of Delaware, Michigan or Alabama, where defendants are incorporated or have their principal places of business.

Date: 7/28/10

Rohan Somar

Subscribed and Sworn to Before Me
this 28th day of July, 2010.

_____
NOTARY PUBLIC

EILEEN M. PAGANO
NOTARY PUBLIC OF NEW JERSEY
Commission Expires 9/14/2011