# ERIC S. POE

ATTORNEY AT LAW
214 CARNEGIE CENTER, SUITE 301
PRINCETON, NEW JERSEY 08540

\* Admitted N.J.
Certified Public Accountant in Md.

Telephone (609) 520-3067
Telefax (866) 847-6999

email: epoe@epoelaw.com

July 30, 2010

**VIA Electronic Filing**
The Honorable William J. Martini
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

**RE: Docket # 2:09-cv-06244-WJM-MF, Memorandum on Jurisdiction Issues**

Dear Judge Martini:

We represent the Plaintiff with regard to Docket # 2:09-cv-06244-WJM-MF.

Attached please find an electronic copy of our Memorandum on Jurisdiction Issues with regard to the aforementioned case.

Respectfully Submitted,

*/s/ Eric S. Poe*

Eric S. Poe, Esq.

Enclosure