UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **EMERGENCY PHYSICIANS OF ST. CLARE'S, LLC**, *et al.*,<br><br>　　Plaintiffs,<br><br>v.<br><br>**PROASSURANCE CORPORATION**, *et al.*,<br><br>　　Defendants. | Civil Action Number: 2:09-6244<br><br><br>ORDER<br><br>HON. WILLIAM J. MARTINI |

## ORDER

　　For the reasons elaborated in the memorandum opinion filed contemporaneously with this Order,

　　IT IS on this 19th day of August, 2010;

　　ORDERED that Defendants' Motion to Compel Arbitration is **GRANTED**; this action is ordered to **ARBITRATION**; and this action is administratively **STAYED** pending arbitration or further Court order.

　　　　　　　　　　　　　　　　　　　　　　　s/ William J. Martini
　　　　　　　　　　　　　　　　　　　　　　　**William J. Martini, U.S.D.J.**